UNITED STATES of America,
Plaintiff–Appellee,

v.

Alejandro MARTINEZ–CASTRO,
Defendant–Appellant.

No. 11–50134.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 7, 2012.*

Filed Feb. 10, 2012.

Anne Kristina Perry, Bruce R. Castetter, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Kurt David Hermansen, Esquire, Law Off. of Kurt David Hermansen, San Diego, CA, for Defendant–Appellant.

Before: KOZINSKI, Chief Judge,
O'SCANNLAIN and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Alejandro Martinez–Castro stands convicted of illegal reentry in violation of 8 U.S.C. §§ 1326(a) and 1326(b). He appeals the district court's refusal to suppress evidence garnered from what he argues was an illegal stop. "[W]hen [a

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

Customs and Border Patrol] officer's observations lead him reasonably to suspect that a particular vehicle may contain aliens who are illegally in the country, he may stop the car briefly and investigate the circumstances that provoke suspicion." *United States v. Brignoni–Ponce*, 422 U.S. 873, 881, 95 S.Ct. 2574, 45 L.Ed.2d 607 (1975). Given the totality of circumstances, such reasonable suspicion existed here. *See United States v. Garcia–Barron*, 116 F.3d 1305, 1307 (9th Cir. 1997).

Even if there were no reasonable suspicion, Martinez–Castro would not be entitled to suppress the identity evidence to which he objects. *See, e.g., United States v. Ortiz–Hernandez*, 427 F.3d 567, 577 (9th Cir.2005).

**AFFIRMED.**